

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2018

No. 04-18-00491-CR

Nicolas **PENA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRF001125-D1
The Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

On September 5, 2018, we ordered court reporter Gay R. Richie to file the reporter's record by October 5, 2018. Before the due date, the court reporter filed a notice of late record and requested an additional ten days to file the reporter's record.

The reporter's request is GRANTED. The reporter is ORDERED to file the record with this court by October 15, 2018. See id. R. 35.3(c) (limiting any extension in an ordinary appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court